MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
DENISE MIKRUT, ESQ.
Nevada Bar No.:6743
dmikrut@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.
376 E. Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/(702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO TITLE OF NEVADA, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT MICHALEC; AND MARY A. ROSS,<br><br>Defendants. | CASE NO.: 2:15-cv-02445-JCM-GWF |

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between plaintiff Chicago title, by and through it's attorney Michael F. Bohn, Esq., and defendant, Brett Michalec, in proper person, as follows:

IT IS HEREBY STIPULATED , ORDERED, ADJUDGED AND DECREED that Chicago Title, shall retain from the earnest money deposited in escrow file number 13007133-034 the sum of $2,000.00 as reimbursement of its title and escrow fees, court costs, and attorneys fees;

IT IS FURTHER STIPULATED AND ORDERED that the remaining sum of $1,000.00 from the earnest money deposited in escrow file number 13007133-034 shall be paid to Brett Michalec; and

IT IS FURTHER STIPULATED AND ORDERED that Mary A. Ross, having signed a disclaimer of interest is not entitled to any sums from Chicago Title escrow number 13007133-034.

1

1   IT IS FURTHER STIPULATED AND ORDERED that nothing in this stipulated order shall be
2  construed to create a judgment or any liability on the part of any defendants to this action; and
3   IT IS FURTHER STIPULATED AND ORDERED that Chicago Title shall have no liability to
4  the parties to this action for the money held in it's escrow file number 13007133-034; and
5   IT IS FURTHER STIPULATED AND ORDERED That this action shall be dismissed.

6  DATED this 29th day of April, 2016.          DATED this 27 day of April, 2016.

7
8  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.

9
10  By: _____              By: _____
        Michael F. Bohn, Esq.                      Brett Michalec
11      376 East Warm Springs Road, Suite 140      212 Spanish Drive
        Las Vegas, Nevada 89119                    Las Vegas, NV 89110
12      Attorney for Plaintiffs                    Defendant in proper person

13
14
15   IT IS SO ORDERED May 4, 2016.
16
17                                      _____
                                        UNITED STATES DISTRICT JUDGE
18
19
20  Respectfully submitted by:

21  LAW OFFICES OF
    MICHAEL F. BOHN, ESQ. LTD.
22
23  By: _____
        Michael F. Bohn, Esq.
24      376 E. Warm Springs Road, Ste. 140
        Las Vegas, NV 89119
25      Attorney for plaintiff

26
27
28
                                    2